NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILLIAM D. KEYSER,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7063

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2207, Chief Judge Bruce E. Kasold.

-------------------------------------------------------------------

**JESUS C. GARCIA AND ERMINIA MOLINA,**
*Claimants-Appellants,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7064

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1924, Judge William A. Moorman.

------------------------------------------------------------------

**WILLIAM L. EVANS, DOROTHY EVANS, AND CAROLYN S. STUMP,**
*Claimants-Appellants,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, THOMAS J. MURPHY, NICHOLAS MILLER, R. DEAN SLICER, AND ENA LIMA,**
*Respondents-Appellees.*

2012-7065

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-1605, Judge Mary J. Schoelen.

**ON MOTION**

**O R D E R**

William D. Keyser moves without opposition to consolidate this appeal with appeal nos. 2012-7064, and 2012-7065.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)   The motion is granted to the extent that the parties may file consolidated briefs and a single joint appendix. The cases will not be consolidated and will be assigned to the same merits panel.

(2)   The consolidated opening brief is due within 30 days from the date of filing of this order.

FOR THE COURT

APR 1 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Katrina J. Eagle, Esq.
     Tara K. Hogan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK